# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **QUINTUS BERNARD CASEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-01481-RDP-SGC |
| **STATE OF ALABAMA,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on February 4, 2025, recommending the dismissal of this matter without prejudice for failure to prosecute. (Doc. 5). Although the Report and Recommendation advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections. The deadline to object has expired.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation, the claims in this matter are due to be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

A separate order will be entered.

**DONE** and **ORDERED** this February 28, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE